1 | Thomas B. Melsheimer (*pro hac vice application forthcoming*)
tmelsheimer@winston.com
2 | John C. Sanders (*pro hac vice application forthcoming*)
jsanders@winston.com
3 | Katrina G. Eash (*pro hac vice application forthcoming*)
keash@winston.com
4 | **WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
5 | Dallas, TX 75201
Telephone: (214) 453-6500
6 | Facsimile:   (214) 453-6400

7 | Shawn R. Obi (SBN 288088)
sobi@winston.com
8 | **WINSTON & STRAWN LLP**
333 S. Grand Avenue
9 | Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
10 | Facsimile:   (213) 615-1750

11 | Attorneys for Defendant
YOUNG LIVING ESSENTIAL OILS, LC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY PENHALL, on behalf of herself and a class of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>    Defendant. | **Case No. 3:19-cv-2340-JLS-RBB**<br><br>**DECLARATION OF SHAWN R. OBI IN SUPPORT OF DEFENDANT YOUNG LIVING ESSENTIAL OILS, LC'S MOTION TO DISMISS UNDER RULE 12(B)(3) OR TRANSFER UNDER § 1404(A)** |

# DECLARATION OF SHAWN R. OBI

I, Shawn R. Obi, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of California, and an associate of the law firm of Winston & Strawn LLP, counsel for defendant Young Living Essential Oils, LC ("Defendant"). I have personal knowledge of the facts stated herein, and if sworn as a witness, could and would so testify thereto.

2. I submit this declaration in support of Defendant's Motion to Dismiss Under Rule 12(b)(3) or Transfer Under § 1404(A).

3. A true and correct copy of the Young Living Member Agreement, is attached as **Exhibit A**.

4. A true and correct copy of the Young Living Policies and Procedures, is attached as **Exhibit B**.

5. A true and correct copy of the Young Living Compensation Plan, is attached as **Exhibit C**.

6. A true and correct copy of the Federal Court Management Statistics, is attached as **Exhibit D**.

7. The declaration of Lee Bowen, the Chief Financial Officer for Young Living, is attached as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 24th day of January, 2020 at Los Angeles, California.

*/s/ Shawn R. Obi*
Shawn R. Obi