# EXHIBIT E

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LINDSAY PENHALL, On Behalf of Herself and a Class of All Others Similarly Situated,** | ) ) ) ) | |
| Plaintiff. | ) ) | |
| v. | ) ) ) | **Case No. 3:19-CV-2340-JLS-RBB** |
| **YOUNG LIVING ESSENTIAL OILS, LC,** | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF LEE BOWEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(3) OR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

1.      My name is Lee Bowen and I am the Chief Financial Officer for Young Living Essential Oils, LC ("Young Living").  I have served in this role since June 4, 2018.

2.      I have personal knowledge of the facts stated herein.

3.      Young Living is headquartered in Utah.

4.      Young Living employs thousands of employees in Utah.

5.      Jared Turner is Young Living's President and Chief Operating Officer, and he may have knowledge regarding Young Living's operations, financial information, compliance, enforcement of its policies and procedures, compensation

1

plan, and related matters.  Mr. Turner resides in Utah.

6.     Julie Hunter is Young Living's Vice President of Corporate Compliance and Member Conduct, and she may have knowledge regarding Young Living's operations and enforcement of its policies and procedures.  Ms. Hunter resides in Utah.

7.     Lynn Biesinger is Young Living's Senior Director of Commission Services, and she may have knowledge regarding Young Living's compensation plan.  Ms. Biesinger resides in Utah.

8.     Micah Raventos is Young Living's Director of Business Intelligence, and he may have knowledge regarding Young Living's operations and business metrics.  Mr. Raventos resides in Utah.

9.     Young Living's documents and electronically-stored information are located in Utah at 1538 W. Sandalwood Dr., Lehi, UT 84043 and 3125 Executive Parkway, Lehi, UT 84043.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2020 in Salt Lake City, Utah.

Lee Bowen