Christopher D. Moon, SBN 246622
*chris@moonlawapc.com*
Kevin O. Moon, SBN 246792
*kevin@moonlawapc.com*
**MOON LAW APC**
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY PENHALL, on behalf of herself and a class of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>          Defendant. | Case No.: 19-cv-2340-JLS-RBB<br><br>**DECLARATION OF CHRISTOPHER D. MOON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(3) OR TRANSFER UNDER § 1404(a)**<br><br>Date:    March 19, 2020<br>Time:   1:30 p.m.<br>Place:   Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

I, Christopher D. Moon, do declare and state as follows:

1. I am an attorney at law licensed to practice before all federal courts in the State of California, and I am an attorney at Moon Law APC, counsel of record for Plaintiff Lindsay Penhall. I have personal knowledge of the facts set forth in

1 | this declaration and if called to testify would competently testify thereto.

2 |     2.    Based upon my research and investigation, "Royal Crown Diamond" is the highest rank a distributor can achieve at Young Living. In addition to other biographical information, Defendant lists the names and locations of its Royal Crown Diamond Members on its website: https://www.youngliving.com/en_US/opportunity/recognition/diamond-leaders/royal. According to Defendant's website, a significant number of Royal Crown Diamond Members reside in California, while no Royal Crown Diamond Members reside in Utah. *Id.*

    3.    According to U.S. Census data, approximately 12% of the United States population lives in California, and approximately 1% of the United States population lives in the Utah. *See* https://www.census.gov/quickfacts/fact/map/US; *see also* https://en.wikipedia.org/wiki/List_of_states_and_territories_of_the_United_States_by_population.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 4, 2020 in San Diego County, California.

                              /s/Christopher D. Moon
                              CHRISTOPHER D. MOON