Christopher D. Moon, SBN 246622
*chris@moonlawapc.com*
Kevin O. Moon, SBN 246792
*kevin@moonlawapc.com*
**MOON LAW APC**
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY PENHALL, on behalf of herself and a class of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>YOUNG LIVING ESSENTIAL OILS, LC,<br><br>      Defendant. | Case No.: 19-cv-2340-JLS-RBB<br><br>**DECLARATION OF LINDSAY PENHALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(3) OR TRANSFER UNDER § 1404(a)**<br><br>Date:  March 19, 2020<br>Time:  1:30 p.m.<br>Place:  Courtroom 4D<br>Judge:  Hon. Janis L. Sammartino |

I, Lindsay Penhall, do declare and state as follows:

1. I am a party to this action. This declaration is submitted in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Under Rule 12(b)(3) or Transfer Under § 1404(a). I have personal knowledge of the facts stated in this declaration, and I can competently testify to these facts if called as a witness in

these proceedings.

2. In or around May 2018, I joined Young Living as a distributor. I worked as a distributor from approximately May 2018 to December 2018.

3. When I joined Young Living, I was, and continue to be, a resident of San Diego County, California. I am also employed in San Diego County.

4. When deciding whether to join Young Living, I used my computer and mobile phone in San Diego County to conduct online research of Young Living. I also used my computer and mobile phone in San Diego County to communicate with other Young Living distributors, including my "upline" enroller/sponsor (i.e., the person who recruited me and was supposed to support me in growing my business).

5. Based on my online research using my mobile phone and computer in San Diego County, I was led to believe by Young Living and its members that I would achieve financial success by becoming a distributor of Young Living's essential oil products. Specifically, I believed I would earn significant income through recruiting others to become Young Living distributors as part of my downline.

6. I received and reviewed certain documentation from Young Living using my computer and/or mobile phone in San Diego County. I purchased a premium start kit and approximately $300 worth of essential oils using my computer in San Diego County. I always purchased Young Living products, including the premium starter kit, using my computer in San Diego County. In addition, the Young Living products I ordered were always delivered to me in San Diego County.

7. After becoming a Young Living distributor, I attempted to sell Young Living essential oils and recruit other distributors. For example, I constructed a display of Young Living products at the store where I worked in San Diego County. I also spoke with numerous customers about Young Living products in an

effort to recruit new distributors in San Diego County. In addition, I organized several events or "parties" in San Diego County to promote the products and to try to recruit new distributors. I invited individuals to attend the events in San Diego County.

8. My partner, Juan Contreras, lives in San Diego County. He witnessed my unsuccessful efforts to grow my Young Living business by attempting to recruit new distributors. He also participated in events I sponsored in San Diego County to promote Young Living products and to attempt to recruit new distributors.

9. In short, at all relevant times, (1) I resided in San Diego County; (2) I worked in San Diego County; (3) I researched Young Living online and reviewed their promotional materials using my computer and mobile phone in San Diego County; (4) I received and reviewed certain electronic documentation from Young Living using my computer in San Diego County; (5) I purchased Young Living products using my computer in San Diego County; (6) I received Young Living products in San Diego County; (7) I sponsored events to promote Young Living products and recruit new distributors in San Diego County; (8) I advertised Young Living products at my place of employment in San Diego County; and (9) my partner, Juan Contreras, witnessed my unsuccessful efforts to grow my Young Living business by attempting to recruit new distributors in San Diego County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed 3/2/2020 _____, at San Diego County, California.

DocuSigned by:
*Lindsay Penhall*
—3BDDA0624D0645F...
LINDSAY PENHALL

-3-
DECLARATION OF LINDSAY PENHALL