# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

August 17, 2020

Clerk, U.S. District Court
District of United States Courthouse
350 South Main Street
Salt Lake City, UT 84101–8410

Re: Lindsay Penhall v. Young Living Essential Oils, LC, Case No. 3:19–cv–02340–JLS–RBB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ J. Petersen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: